# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of New York

Index Number: 2:26-cv-02597-ARL

Date Filed: 5/1/26

Plaintiff:
**Oscar Javier Espinoza**

vs.

Defendant:
**Clowns.com, Inc.;Talent Agency 7 Corporation;First Entertainment LLC;Adolph Rodriguez;Erica Barbuto**

For:
The NHG Law Group, P.C.

Received by Gabrielle Gammon on the 1st day of June, 2026 at 7:13 pm to be served on **Erica Barbuto, 6625 NW 122ND AVE,, PARKLAND, FL 33076**.

I, Gabrielle Gammon, do hereby affirm that on the **6th day of June, 2026** at **2:00 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons and Complaint, Exhibits, Notice of Electronic Filing** with the date and hour of service endorsed thereon by me, to: **Sophia Rodriguez** as **Co-Resident** at the address of: **6625 NW 122ND AVE,, PARKLAND, FL 33076**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Perceived Description** of Person Served: Age: 16, Gender: F, Race: Hispanic, Height: 5'4", Weight: 125, Hair: Light Brown, Glasses: N

Gabrielle Gammon, I certify that I am over the age of 18, have no interest in the above action, and have proper authority in the jurisdiction in which this service was effected. Under the penalty of perjury, I declare I have read the foregoing documents and the facts stated in it are true to the best of my knowledge. I am a Certified Process Server and/or Special Appointed Process Server, in good standing, in the judicial circuit in which the process was served and no Notary is required under F.S.S. 92.525 (2)

G. Gammon

**Gabrielle Gammon**
SPS #1619

**Prompt Process LI INC.**
**150 Veterans Memorial Hwy**
**Unit 1076**
**Commack, NY 11725**
**(631) 760-7900**

Our Job Serial Number: LSO-2026001076

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V


6625

**MS ERICA A BARBUTO (Female) | 083-72-#### | 10/##/1985 (40)**

**ADDRESSES (9)**

6625 NW 122ND AVE, PARKLAND, FL 33076-3325 BROWARD (Mar 2022 - Jun 2026)

3 BIRCH HILL CT, OLD WESTBURY, NY 11568-1224 NASSAU (Jul 2019 - May 2026)

321 MALLARD RD 313, CARLE PLACE, NY 11514-2019 NASSAU (Jan 2014 - Apr 2026)

130 HEMPSTEAD AVE APT 313, WEST HEMPSTEAD, NY 11552-2115 NASSAU (Feb 2013 - Jan 2022)

21819 56TH AVE, BAYSIDE HILLS, NY 11364-1942 QUEENS (Oct 2003 - Feb 2022)

175 CLEMENT AVE APT, ELMONT, NY 11003-2705 NASSAU (Oct 2011 - Sep 2013)

58 ROBERT AVE APT, ELMONT, NY 11003-1921 NASSAU (Jan 2007 - Nov 2017)

218 56 AV 19, BAYSIDE, NY 11364 QUEENS (Mar 2005 - Mar 2005)

218 56 AVE 19, BAYSIDE, NY 11364 QUEENS (Mar 2005 - Mar 2005)

Important: The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Delvepoint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Delvepoint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

Department of Defense Manpower Data Center

Results as of : Jun-17-2026 07:37:38 PM EDT

SCRA 5.29

# Status Report
# Pursuant to Servicemembers Civil Relief Act

SSN: XXX-XX-9118
Birth Date: Oct-XX-1985
Last Name: BARBUTO
First Name: ERICA
Middle Name:
Status As Of: Jun-08-2026
Certificate ID: 8M3DWR2KW072C6T

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.