NHG LAW GROUP, P.C.

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

ATTORNEYS

JUSTIN M. REILLY, ESQ.
KEITH E. WILLIAMS, ESQ.
VICTORIA SPAGNOLO, ESQ.
ARIEL E. ESTEVEZ PEREZ, ESQ.

PARALEGALS

ROSA COSCIA
CATALINA ROMAN
BARBARA FRANZONE
CLAUDIA RODRIGUEZ

**Via: EDNY ECF** **September 25, 2026**

Honorable Judge Arlene R. Lindsay
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re: *Espinoza v. Clowns.com, Inc. et al.*; 26-cv-2597 (ARL)**

Dear Hon. Judge Lindsay,

Kindly accept this correspondence in response to the Court's Order, dated September 15, 2026.

To date, no Defendant has appeared in this case. I did receive a phone call from an attorney a few months ago who informed me that he was probably going to be representing the Defendants. This attorney, however, has not appeared in this case and has not responded to my email transmissions.

Thus, Plaintiff will be requesting a certificate of default and respectfully requests thirty days to do so.

Thank you for your time and attention to this matter.

Yours truly,

Justin M. Reilly

PHONE: 516.228.5100 FAX: 516.228.5106 INFO@NHGLAW.COM
WWW.NHGLAW.COM WWW.NEWYORKOVERTIMELAW.COM