**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
**Oscar Javier Espinoza,**

Plaintiff,

- against -

**Clowns.com, Inc., Talent Agency 7 Corporation, First Entertainment LLC, Adolph Rodriguez, Erica Barbuto,**

Defendants.
----------------------------------------------------------X

**CLERK'S CERTIFICATE OF DEFAULT**
CV 26-2597 (ARL)

I**,** Brenna B. Mahoney, Clerk of Court for the United States District Court for the Eastern District of New York, do hereby certify that defendant(s) **Talent Agency 7 Corporation, First Entertainment LLC, Adolph Rodriguez and Erica Barbuto** have not filed an answer or otherwise moved with respect to the complaint, and that the time to answer or move has expired.

The default of defendant(s) **Talent Agency 7 Corporation, First Entertainment LLC, Adolph Rodriguez and Erica Barbuto** are hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: October 22, 2026
Central Islip, New York

BRENNA B. MAHONEY
CLERK OF THE COURT

BY: /S/ JAZMIN CUBANO
DEPUTY CLERK