**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**---------------------------------------------------------X**

OSCAR JAVIER ESPINOZA,

Plaintiff,

-against-

CLOWNS.COM, INC., TALENT AGENCY 7 CORPORATION, FIRST ENTERTAINMENT LLC, ADOLPH RODRIGUEZ, and ERICA BARBUTO,

Defendants.

**---------------------------------------------------------X**

**1:24-cv-06991-MMH**

**NOTICE OF VOLUNTARY DISMISSAL SOLELY PERTAINING TO DEFENDANT CLOWNS.COM, INC.**

**PLEASE TAKE NOTICE**, whereas Defendant Clowns.com, Inc. has not filed an Answer or a Motion for Summary Judgment, Plaintiff, by and through his undersigned attorneys, hereby voluntarily dismisses the above-captioned Action without prejudice solely as this Action pertains to Defendant Clowns.com, Inc., pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, without costs or fees to any party.

Dated: Massapequa, New York
October 23, 2026

The NHG Law Group, P.C.

By: Keith E. Williams, Esq.
*Attorneys for the Plaintiff*
4242 Merrick Road
Massapequa, New York 11758
Tel: 516.228.5100
keith@nhglaw.com